DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
HESSER, CAROLYN

Case No. 07-03649-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $700.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| HESSER, CAROLYN | 1701 PLAZA WAY #8 WALLA WALLA, WA 99362 | $700.00 |

Dated: May 03, 2011

_DANIEL H. BRUNNER, Chapter 13 Trustee_

Receipt 4876077    5-10-11    $700=

07-03649-FLK13    Doc 47    Filed 05/10/11    Entered 05/11/11 09:41:03    Pg 1 of 1