| BEVERLY A. BENKA<br>Clerk of Court |  | (509) 458-5300<br>www.waeb.uscourts.gov |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

OFFICE OF THE CLERK
904 W. RIVERSIDE AVENUE
PO BOX 2164
SPOKANE, WA 99210-2164

July 8, 2014

Caryn Knopik
CFO/Managing Member
Dilks & Knopik LLC
35308 SE Center ST
Snoqualmie WA 98065

RE: Application for Payment of Unclaimed Funds
     Case Number 07-03649-FLK13

Dear Caryn Knopik,

We received your Application for Payment of Unclaimed Funds. After reviewing the submitted paperwork, we have found that that form AO213 was not included with the submission. I have attached a copy of this form. The AO213 form is required so that we can issue a check to you from the court financial system.

The requirements, found on our website also state that an <u>original</u> notarized Power of Attorney is required. I have included a copy of the section from our website. I have also included LF3011 Application for Payment of Unclaimed Funds.

Sincerely,
Wendy Jo Imming
Case Administrator

Enc: Form LF3011
     Form AO213